Argued and submitted December 11, 1995, reversed and remanded for reconsideration January 24, 1996

In the Matter of the Compensation of
Sharman R. Crowell, Claimant.

VIKING INDUSTRIES, INC.
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Sharman R. CROWELL,
*Respondent.*

(WCB 93-13236; CA A85765)

909 P2d 903

Janet M. Schroer argued the cause for petitioners. With her on the briefs was Hoffman, Hart & Wagner.

Donald M. Hooton argued the cause for respondent. With him on the brief was Schneider, Hooton.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of 1995 amendments to ORS 656.005(7) and ORS 656.212. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).